## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

     Plaintiff,

v.

PRECIOUS PHYSICAL THERAPY, INC.;    Case No. 19-cv-10835-SFC-MKM
STERLING PHYSICAL THERAPY    Judge Sean F. Cox
PROVIDER CORP.;    Magistrate Judge Mona K. Majzoub
CORE PHYSICAL THERAPY CORP.;
HEMALKUMAR MADHUSUDAN
BHAGAT; PAYAL HEMAL BHAGAT;
KHALID GAZGUZ;
HANSEE SESI; and SALWA ELIA,

     Defendants.

### NOTICE OF APPEARANCE OF DAVID D. O'BRIEN

PLEASE TAKE NOTICE that David D. O'Brien of Miller, Canfield,

Paddock and Stone, P.L.C., hereby enters his appearance on behalf of Plaintiff,

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, in the

above-captioned case.

Respectfully submitted,

MILLER, CANFIELD, PADDOCK AND STONE, PLC

By:    /s/*David D. O'Brien*
        David D. O'Brien (P65532)
        Miller, Canfield, Paddock and Stone, PLC
        101 North Main Street, 7th Floor
        Ann Arbor, MI  48104
        Telephone: (734) 668-7761
        obrien@millercanfield.com

Dated:  March 21, 2019        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2019, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following to all parties of record, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: None.

Respectfully submitted,

By:   /s/*David D. O'Brien*
       David D. O'Brien (P65532)
       Miller, Canfield, Paddock and Stone, PLC
       101 North Main Street, 7th Floor
       Ann Arbor, MI  48104
       Telephone: (734) 668-7761
       obrien@millercanfield.com

       *Attorneys for Plaintiff*

Dated:  March 21, 2019