UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

State Farm Mutual Automobile
Insurance Company,

    Plaintiff,

v.                                                      Case No. 19-10835

Precious Physical Therapy, Inc., *et al.*,     Sean F. Cox
                                                             United States District Court Judge

    Defendants.
_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

This motion for order to show cause was referred to Magistrate Judge Curtis Ivy, Jr. for issuance of a Report and Recommendation pursuant to U.S.C. § 636(e)(6)(B).

In a Report and Recommendation ("R&R") (ECF No. 78) issued on January 20, 2021, the magistrate judge recommends that the Court grant Plaintiff's motion for order to show cause (ECF No. 68).

The time permitted for the parties to file objections to that Report and Recommendation has passed and no objections were filed.

Therefore, the Court hereby ADOPTS the January 20, 2021 Report and Recommendation and GRANTS Plaintiff's motion for order to show cause (ECF No. 68).

IT IS SO ORDERED.

                                                             s/Sean F. Cox
                                                             Sean F. Cox
                                                             United States District Judge

Dated:  March 1, 2021